# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 17-15043-MDC

LOUIS J CROCETTO

9 RALEIGH COURT

POTTSTOWN, PA 19464

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LOUIS J CROCETTO

    9 RALEIGH COURT

    POTTSTOWN, PA 19464

**Counsel for debtor(s), by electronic notice only.**
    ALEXANDER G TUTTLE
    TUTTLE LEGAL
    2303 N. BROAD ST STE 2
    COLMAR, PA 18915-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                         /s/ William C. Miller

Date: 10/6/2017

                         _____
                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee