**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                                         Case No. 17-15043-MDC
                                                                                                    Chapter 13
LOUIS J. CROCETTO

Debtor(s).

## NOTICE OF APPEARANCE

**New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 7th day of October, 2017.

By:  _/s/ Christopher M. McMonagle, Esquire_
Christopher M. McMonagle, Esq., Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

---

1  Full title of Creditor is as follows: New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing.
2  This Loan is currently serviced by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.
3  For reference, the property address associated with the undersigned's representation is 9 Raleigh Ct, Sanatoga, PA 19464.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 7th day of October, 2017, to the following:

Alexander G. Tuttle, Esquire
Tuttle Legal
2303 North Broad Street
Suite 2
Colmar, PA 18915
agt@tuttlelegal.com
*Attorney for Debtor(s)*

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107
wcmiller@ramapo.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Louis J. Crocetto
9 Raleigh Court
Sanatoga, PA 19464
*Debtor(s)*

Dated this 7th day of October, 2017.

      By:    /s/ Laura M. Campbell, Paralegal
           Laura M. Campbell, Paralegal
           Stern & Eisenberg, PC
           1581 Main Street, Suite 200,
           Warrington, PA 18976
           lcampbell@sterneisenberg.com